E-FILED
Tuesday, 16 January, 2007 10:11:25 AM
Clerk, U.S. District Court, ILCD

# United States District Court

FILED
JAN 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

v.

CLIFTON L. BLAKELY

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-MJ-6005

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___January 12, 2007___ in ___Peoria___ county, in the ___Central___ District of ___Illinois___ defendant, (Track Statutory Language of Offense)

knowingly possessed more than five (5) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute,

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1) and 841(b)(1)(B)___

I further state that I am a(n) ___Task Force Officer, DEA___ and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

s/agent
Signature of Complainant
Loren Marion III
Task Force Officer, DEA

Sworn to before me and subscribed in my presence,

_1-16-07_ at ___Peoria, Illinois___
Date

JOHN A. GORMAN                    s/John A. Gorman
United States Magistrate Judge
Name & Title of Judicial Officer     Signature of Judicial Officer

# AFFIDAVIT IN SUPPORT OF COMPLAINT

Your Affiant, Loren Marion III, is a Police Officer employed by the City of Peoria. Your Affiant has been so employed since October 3, 1994. Your Affiant is currently assigned to the Special Investigations Division/ Vice and Narcotics Unit (S.I.D.). Your Affiant has been assigned to the S.I.D. Unit since January 2001. Your Affiant is also a Task Force Officer with the Drug Enforcement Administration- Springfield, IL. Resident Office, stationed in Peoria, Illinois. Your Affiant has been assigned as a Task Force Officer since March 7, 2006. During the course of your Affiant's law enforcement experience, your Affiant has received extensive training for investigations of narcotics violations, including but not limited to, a 40 hour Basic Narcotics Investigation course held at Fort Leonard Wood, MO. in 2001. In addition, your Affiant has also participated in numerous arrests and seizures.

1. This affidavit is made in support of an application for an arrest warrant for Clifton L. BLAKELY. The unlawful activities are the possession with intent to distribute more than five grams of a mixture and substance containing crack cocaine, in violation of Title 21 U.S.C., Section 841 (a) (1) and (b) (1) (B) and felon in possession of a firearm, in violation of Title 18 U.S.C., Section 922 (g).

2. Your Affiant is familiar with the following facts based upon your Affiant's personal observations and upon information officially supplied to your Affiant by other law enforcement agents.

3. Information was received that Clifton L. BLAKELY, D.O.B. 02-09-75, was a distributor of crack cocaine in the Peoria area. An investigation was conducted and enough information was gathered to prepare a complaint for search warrant and search warrant for BLAKELY and 729 N. Hightower, Apartment 3C, Peoria, IL. These documents were reviewed and signed by Judge C. Fredericksen on January 11, 2007 at 1:35 p.m.

4. On January 12, 2007, members of the Peoria Police Department's Special Investigations Division, Vice/Narcotics Unit (S.I.D.) executed the search warrant on BLAKELY and 729 N. Hightower, Apartment 3C, Peoria, Illinois.

5. When Officers reached the door to the apartment, your Affiant knocked on the door. When there was no answer, your Affiant knocked on the door again. There was still no answer. Your Affiant knocked on the door again and announced in a loud voice, "Police, search warrant". Officer Barisch then used the "ram" and struck the door. The door opened, however, the chain lock on the door was attached thus not allowing the door to open all of the way. Officer Barisch had to strike the door two more times before the door opened all of the way. Entry was then made into the residence with all officers announcing, "Police, search warrant". BLAKELY was located in the living room hallway. BLAKELY complied with the Officers orders to get on the floor where he was subsequently handcuffed. The rest of the residence was secured with a man named Willie ZOLICOFFER being located in the bathroom and a woman named Tatiana GREEN being located in the kitchen with her small child.

6. During a search of the residence, Officers located four individual pieces of plastic that were knotted at the end and contained suspected crack cocaine. Three of the knotted pieces of plastic were found inside of a pink oval candle holder that was on a shelf in the master bedroom closet. The weight was approximately 4.5 grams with packaging. The fourth knotted piece of plastic was on the same shelf but not inside of the candle holder. The weight was approximately 1.0 grams with packaging. The total weight of all of the suspected crack cocaine was approximately 14.5 grams with packaging. The suspected crack cocaine was later field tested with the VALTOX test kit by Officer Miller. The field test was positive by color for the presence of cocaine.

7. Officers also located a loaded Taurus PT92 AF 9mm handgun, approximately $680.00 in U.S. currency, one and a half ecstasy pills, 1.4 grams of suspected marijuana, and an opened box of sandwich baggies. The handgun was wrapped with a white cloth/towel and inside of a black bag that had a transparent top. The black bag with the handgun was between the box spring and mattress at the head of the bed. The handgun was loaded with three bullets.

8. BLAKELY was transported to the Peoria Police Department to be interviewed. BLAKELY was initially interviewed by Sgt. Theobald and Officer Dixon. After being read the Miranda Warning, BLAKELY agreed to talk with the Officers. BLAKELY also signed a Miranda Waiver form. Your Affiant also interviewed BLAKELY with Officer Dixon later in the evening.

9. During the interview, BLAKELY stated that he got the handgun in November of 2006. BLAKELY said that the suspected crack cocaine found in the closet of his bedroom was his. BLAKELY said that he purchased 4 "balls" (street term for an $1/8^{th}$ of an ounce) of crack cocaine on January 11, 2007. BLAKELY said that he already sold one of the "balls". BLAKELY stated that was going to use the money found on his person ($680.00) to buy more cocaine. BLAKELY said that he goes up to Chicago every Friday to purchase cocaine. BLAKELY said that he was going to buy a ¼ ounce of powder cocaine for $300.00. BLAKELY said he buys powder cocaine then converts some of it to crack cocaine. BLAKELY said he started selling cocaine and crack cocaine approximately 3 months ago. BLAKELY said that over the three month period he has sold a ½ ounce of cocaine two times. BLAKELY said that he converted 2-3 grams of powder cocaine to crack cocaine from the ½ ounce on both occasions. BLAKELY said he has sold a ¼ ounce of cocaine approximately ten times. BLAKELY said that he converted 1 gram of powder cocaine to crack cocaine from the ¼ ounce on each occasion.

10. Based on the information in this affidavit, your Affiant requests the issuance of an arrest warrant for Clifton L. BLAKELY.

s/agent

Task Force Officer Loren Marion III
Drug Enforcement Administration

Sworn to and subscribed to
Before me this date

January 16, 2007

s/ John A. Gorman
John A. Gorman
United States Magistrate Judge
Peoria, Illinois