E-FILED
Tuesday, 16 January, 2007   03:49:50 PM
Clerk, U.S. District Court, ILCD

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Clifton Blakely

FOR: 
AT: 

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Clifton L. Blakely

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 07-6005
District Court: 
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment: 11/06
How much did you earn per month? $ 1800.00
If married is your Spouse employed? ☐ Yes  ☑ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ ___   SOURCES ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☑ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ ___   DESCRIPTION ___

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ✓ SINGLE  ___ MARRIED  ___ WIDOWED  ___ SEPARATED OR DIVORCED
Total No. of Dependents: 10
List persons you actually support and your relationship to them: Gregory Hall - 14; Quadayton Blakely - 11; Treshwan Blakely - 10, Sierra Blakely - 9, Kaleice Blakely - 3, Dallas Blakely - 2

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: None
Creditors: ___   Total Debt: $ ___   Monthly Paymt.: $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1/16/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ s/Defendant