**E-FILED**
Wednesday, 31 January, 2007 02:34:05 PM
Clerk, U.S. District Court, ILCD

# United States District Court

FILED
JAN 3 1 2007

CENTRAL    DISTRICT OF    ILLINOIS

U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

US MARSHALS SERVICE
CENTRAL ILLINOIS

**UNITED STATES OF AMERICA**

vs.

**WARRANT FOR ARREST**

**CLIFTON L. BLAKELY**

CASE NO. 07-mj-6005

TO:    THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest    CLIFTON L. BLAKELY    , and bring him
Name

forthwith to the nearest magistrate to answer a complaint charging him with possession of more than five (5) grams of a

mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute,

in violation of Title _____21_____ United States Code, Section(s)____841(a)(1) and 841(b)(1)(B)____

_____John A. Gorman_____
Name of Issuing Officer

_____United States Magistrate Judge_____
Title of Issuing Officer

s/ John A. Gorman
Signature of Issuing Officer

1-16-07    Peoria, Illinois
Date and Location

Bail fixed at $ __No Bond -Detention Requested__ by _____John A. Gorman, United States Magistrate Judge_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at    Peoria

| Date Received | 01/29/07 | Name of Arresting Officer | S/A Marion III | Signature of Arresting Officer | |
| --- | --- | --- | --- | --- | --- |
| Date of Arrest | 01/16/07 | Title of Arresting Officer | DEA | | |